UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BRENDA TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:04-CV-301 |
| ) | |
| JO ANNE B. BARNHART, ) | Judge Curtis L. Collier |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

United States Magistrate Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 22). Neither party filed objections within the given ten days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS**:

(1) The Plaintiff's motion for judgment on the pleadings (Court File No. 13) is **GRANTED**.

(2) Defendant's motion for summary judgment (Court File No. 16) is **DENIED**.

(3) Plaintiff's case is **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

SO ORDERED.

ENTER:

/s/<br>
**CURTIS L. COLLIER**<br>
**UNITED STATES DISTRICT JUDGE**